1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CHRISTINA M. McCALL (CABN 234139)
   Assistant United States Attorneys
5
       1301 Clay Street, Suite 340-S
6      Oakland, CA 94612
       Telephone: (510) 637-3717
7      Facsimile: (501) 637-3724
       E-Mail: christina.mccall@usdoj.gov
8
9  Attorneys for the United States of America

10

11
                   UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          OAKLAND DIVISION
14

15 UNITED STATES OF AMERICA,            )   No. CR 10-0404 JF
                                        )
16        Plaintiff,                    )
                                        )   [PROPOSED] DETENTION ORDER
17    v.                                )
                                        )
18 ARTEMIO RAMIREZ-ARROYO,              )
                                        )
19        Defendant.                    )
                                        )
20

21        Following a hearing under 18 U.S.C. § 3142(f), and considering the factors set forth in

22 section 3142(g), the Court finds that, at this time, no condition or combination of conditions in

23 section 3142(c) will reasonably assure Defendant's appearance in court.  Probable cause exists to

24 believe that the defendant, Artemio Ramirez-Arroyo, committed the offense of illegal re-entry

25 following deportation, in violation of 8 U.S.C. § 1326.

26        After being advised of his rights to present evidence under section 3142(f), Defendant

27 declined to present additional information but reserved his right to present information at a future

28 bail hearing should his circumstances change.  The Court finds that detention is appropriate at

DETENTION ORDER
(CR 10-0404 JF)

this time, due to the nature of the alleged offense and the detainer lodged by United States Immigration and Customs Enforcement.

      The Court detains Defendant as a flight risk without prejudice to his raising the bail issue at a future hearing. The Court orders Defendant committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. *See* 18 U.S.C. § 3142(i)(2). Defendant must be afforded a reasonable opportunity to consult privately with counsel. *See id.* § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance. *See id.* § 3142(i)(4).

      Time is ordered excluded for ten days under 18 U.S.C. 3161(h)(1)(F), to reflect the delay resulting from transportation to the District of Oregon to face charges filed in case CR 08-228-04 HA.

      IT IS SO ORDERED.

DATED:   May 25, 2010

                                        /s/ Laurel Beeler
                                        LAUREL BEELER
                                        United States Magistrate Judge